THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, OF LONDON,

England, v. S. & A. J. Cooper Realty Corporation, Impleaded with Universal Pictures Corporation.— Motions denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.